# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GILBERT P. HYATT,

    Plaintiff,

v.

UNITED STATES PATENT AND TRADEMARK OFFICE, *et al.*,

    Defendants.

Case No. 2:14-cv-00311-LDG (GWF)

**ORDER**

    The defendants have requested an additional two weeks, until March 31, 2014, to respond to plaintiff's motion to seal and redact the complaint. The defendants indicate that plaintiff's counsel has indicated that they do not oppose the request. In addition, the defendants indicate the additional time will provide the parties an opportunity to resolve differences regarding proposed redactions.

    Accordingly, for good cause shown,

1   THE COURT **ORDERS** that Defendants' Unopposed Motion for Extension of Time
2 to Respond to Plaintiff's Motion to Seal and Redact Complaint (#12) is GRANTED; The
3 defendants shall have to and including March 31, 2014, to file their response.

DATED this ___18___ day of March, 2014.

_____
Lloyd D. George
United States District Judge

2